IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEONTA BRYANT,

        Petitioner,

v.                                    CASE NO. 4:09cv22-SPM/WCS

WALTER MCNEIL,

        Respondent.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated May 17, 2011 (doc. 23).  Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 23) is ADOPTED and incorporated by reference in this order.

2.     The § 2254 petition for writ of habeas corpus filed by Deonat Bryant challenging convictions and sentences for revocation of probation in case

number 2000-CF-2028, for revocation of probation in case number 2001-CF-303,

for possession of cocaine and resisting an officer without violence in case

number 2002-CF-4294, and for armed robbery with a deadly weapon and

kidnaping to facilitate a felony in case number 2002-CF-4499 in the Circuit Court

of the Second Judicial Circuit, in and for Leon County, Florida is denied with

prejudice.

      3.     A certificate of appealability is denied.

      DONE AND ORDERED this 16th day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge